# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BEVERLY SKOLNIK,

    Plaintiff,

vs.

SAM'S CLUB, INC., a foreign corporation,

    Defendant.

Case No. 4:15cv3076

**ORDER ALLOWING RESTRICTED ACCESS FILING**

NOW on this 13th day of January, 2016, the matter comes on before the Court on the Stipulation of the parties regarding the Defendant's production and/or filing of commercial and/or confidential information. (Filing 17). The Court having reviewed the parties' stipulation and being fully advised in the premises finds and orders as follows:

1. The parties Stipulation for a Protective Order should be and hereby is granted.

2. That if the Defendant produces copies of employees manuals, policies, protocols, rules or procedures which would have governed the maintenance of store floors at the Lincoln Sam's Club store on August 28, 2011, the parties may file such documents under restricted access.

3. That good cause is shown to allow the Defendant to file and/or offer commercial and/or confidential information with access restricted to counsel of record and Court personnel only.

SO ORDERED.

Dated: January 13, 2016.

                            BY THE COURT:

                            *s/Cheryl R. Zwart*
                            United States Magistrate Judge