IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEVERLY SKOLNIK, | ) | 4:15CV3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| SAM'S CLUB, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's motion in limine (Filing No. 64) is denied.

DATED this 9th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge